UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **TROY W. CHIASSON** | **CIVIL ACTION NO. 17-1335** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **HARBOR FREIGHT TOOLS USA, INC.** | **MAG. JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 16], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Harbor Freight Tools USA, Inc.'s Motion to Dismiss [Doc. No. 5] is DENIED.

MONROE, LOUISIANA this 5th day of January, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE